NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARRY BURNETT,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2012-3102

---

Petition for review of the Merit Systems Protection Board in No. SF0432110400-I-1.

---

**JUDGMENT**

---

LLOYD EDWARD TOOKS, Attorney at Law, of San Diego, California, argued for petitioner.

JANE W. VANNEMAN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES, Deputy Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* MAYER, AND PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>March 14, 2013</td><td>/s/ Jan Horbaly</td></tr>
<tr><td>Date</td><td>Jan Horbaly<br>Clerk</td></tr>
</table>